MEMORANDUM
THE HONORABLE BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

RECEIVED
HON. Brian M. Cogan

MAR 12 2012

RE: HALL, ANDREW
DOCKET NO: 03-CR-795-(S-1)-15
**REQUEST TO RELEASE PRESENTENCE REPORT AND VIOLATION OF SUPERVISED RELEASE REPORT(S)**

On February 4, 2008, the aforementioned was sentenced by The Honorable David G. Trager to 364 days custody, five years supervised release, and $100 special assessment fee. This sentence was imposed following the offender pleading guilty to Conspiracy to Distribute and Intent to Distribute Cocaine Base, in violation of 21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A).

The offender commenced supervision on January 28, 2008, and was scheduled to terminate on January 27, 2013.

On September 4, 2009, and February 22, 2011, violation of supervised release reports were submitted to the Court respectively. However, on January 24, 2012, the violation petitions were withdrawn by Your Honor, as the offender was arrested by Immigration and Customs Enforcement (ICE) authorities on May 17, 2011, and is pending deportation to his native country, Jamaica.

The Probation Department received a subpoena from Paul Volkman, paralegal (Special Federal Litigation Division), at the City of New York Law Department, requesting a copy of the presentence report relating to the instant offense, as well as the violation of supervised release reports, as their office is representing the City of New York regarding a civil suit filed by the offender before he was detained by ICE authorities in May 2011.

The Probation Department respectfully requests that we be allowed to provide a copy of the presentence report and violation of supervised release reports to the law department. However, we await Your Honor's final decision in this matter. Your Honor may indicate the Court's response to this request on page two of this memorandum.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Prepared by: _____
Yara X. Suarez
U.S. Probation Officer

Approved by: _____
Kathleen Dunn
Supervising U.S. Probation Officer

March 9, 2012

☐ Concur With Recommendation, Permission to Release Presentence Report and Violation of Supervised Release Report Approved

☒ Other - Request denied, w/o prejudice to City making a motion in the criminal case and demonstrating compelling need

/s/(BMC)
_____          3/12/12
Brian M. Cogan                      Date
U.S. District Judge

2